UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jessica Alldredge, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10182-DRH |
| *Jessica Aslup v. Bayer Corporation, et al.* | No. 13-cv-10901-DRH |
| *Alicia Arrambide v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10121-DRH |
| *Kimberly Boston v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10104-DRH |
| *Noel Chiarelli v. Bayer Corporation, et al.* | No. 13-cv-10712-DRH |
| *Tammy Childree v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10119-DRH |
| *Jill DeQuardo v. Bayer Corporation, et al.* | No. 14-cv-10156-DRH |
| *Angela Dobie v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10093-DRH |
| *Ilena C. George v. Bayer Corporation, et al.* | No. 14-cv-10044-DRH |
| *Stacy Gruen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10125-DRH |
| *Takiesa Harris v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10005-DRH |
| *Greteta Holliday v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10088-DRH |
| *Diane Colon Jackson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10146-DRH |
| *Geraldine Jackson v. Bayer Corporation, et al.* | No. 14-cv-10045-DRH |

| | |
|---|---|
| *Rufus Johnston v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10087-DRH |
| *Charlene Jones v. Bayer Corporation, et al.* | No. 14-cv-10148-DRH |
| *Heather Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10102-DRH |
| *Karen Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10120-DRH |
| *Jill Lansing v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10036-DRH |
| *Katrina McBride v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10086-DRH |
| *Bonnie McGarr v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10109-DRH |
| *Danielle McGauley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10117-DRH |
| *Rhonda Peterson v. Bayer Corporation, et al.* | No. 14-cv-10252-DRH |
| *Prekaya Pittman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10085-DRH |
| *Elizabeth Serie v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10004-DRH |
| *Brandy Slaughter v. Bayer Corporation, et al.* | No. 13-cv-10829-DRH |
| *Kristina Strickland v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10113-DRH |
| *Michelle Volansky v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10081-DRH |
| *Sandra Ward v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10177-DRH |
| *Sheritta Washington v. Bayer Corporation, et al.* | No. 14-cv-10149-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 5, 2015, granting the Motion to Dismiss, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                         **JUSTINE FLANAGAN,**
                                         **ACTING CLERK OF COURT**

                                         BY:  /s/*Caitlin Fischer*
                                                   **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.05.05 16:04:40 -05'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT